UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL PHILLIP ESPARZA,<br><br>Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN,<br>ACTING COMMISSIONER OF<br>SOCIAL SECURITY,<br><br>Defendant. | No. 1:15-CV-00748 (SKO)<br><br>**JOINT STIPULATION AND ORDER EXTENDING BRIEFING SCHEDULE** |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court, that Plaintiff shall have an extension of time of thirty (30) days to file her Opening Brief. The new date for Plaintiff's Opening Brief shall be on or before **April 4, 2016**. Plaintiff's counsel requests this additional time due to a heavy work load despite best efforts.

Respectfully submitted,

Dated: March 2, 2016          NEWEL LAW

By: *Melissa Newel*
Melissa Newel
Attorney for Plaintiff
MICHAEL PHILLIP ESPARZA

JOINT STIPULATION AND ORDER EXTENDING BRIEFING SCHEDULE

Dated: March 2, 2016                              BENJAMIN B. WAGNER
                                                  United States Attorney
                                                  DEBORAH LEE STACHEL
                                                  Acting Regional Chief Counsel, Region IX
                                                  Social Security Administration

                                              By: Asim H. Modi*
                                                  ASIM H. MODI
                                                  (*Authorized by email dated 03/2/2016*)
                                                  Special Assistant U.S. Attorney
                                                  Attorneys for Defendant

## **ORDER**

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that:

1. Plaintiff is granted an extension of time, up to and including April 4, 2016, to file an opening brief;

2. Defendant shall file a responsive brief on or before May 9, 2016; and

3. Plaintiff may file an optional reply brief on or before May 27, 2016.

IT IS SO ORDERED.

Dated:   **March 4, 2016**                              /s/ Sheila K. Oberto
                                                 UNITED STATES MAGISTRATE JUDGE

JOINT STIPULATION AND ORDER EXTENDING BRIEFING SCHEDULE