PHILLIP A. TALBERT
Acting United States Attorney
DEBORAH LEE STACHEL
Acting Regional Chief Counsel, Region IX
Social Security Administration
ASIM H. MODI, NY SBN 4692018
Special Assistant United States Attorney
     Social Security Administration
     160 Spear Street, Suite 800
     San Francisco, CA  94105
     Telephone: 415-977-8952
     Facsimile: 415-744-0134
     Email: Asim.Modi@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| MICHAEL PHILLIP ESPARZA, | ) Case No. 1:15-cv-0748-SKO |
| | ) |
| Plaintiff, | ) **STIPULATION AND ORDER TO** |
| | ) **EXTEND BRIEFING SCHEDULE** |
| v. | ) |
| | ) |
| CAROLYN W. COLVIN | ) |
| Acting Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |
| | ) |

     IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, to extend Defendant's time to file her response to Plaintiff's opening brief by **30 days** to **June 8, 2016**, and that all other scheduling dates set forth in the Court's Case Management Order shall be extended accordingly.  This is Defendant's first request for an extension of time in this matter.

     There is good cause for this extension because counsel for Defendant is responsible for drafting various pleadings before the district courts within the Ninth Circuit, negotiating or litigating attorney fee matters pursuant to the Equal Access to Justice Act, conducting discovery and drafting substantive pleadings in personnel-related litigation pending before the Equal Employment Opportunity Commission, and preparing for a hearing in personnel litigation

pending before the Merit Systems Protection Board.  Accordingly, Defendant needs additional time to prepare her responsive brief.

Counsel for Defendant apologizes to the Court for any inconvenience caused by this delay.

Respectfully submitted,

Date: _May 9, 2016_                              NEWEL LAW

By:   _/s/ Asim H. Modi  for Melissa Newel*_
MELISSA NEWEL
*Authorized by email on May 9, 2016*
Attorneys for Plaintiff

Date: _May 9, 2016_                              PHILLIP A. TALBERT
Acting United States Attorney
DEBORAH LEE STACHEL
Acting Regional Chief Counsel, Region IX
Social Security Administration

By:   _/s/ Asim H. Modi_
ASIM H. MODI
Special Assistant United States Attorney
Attorneys for Defendant

## ORDER

Based on the above stipulation of the parties, IT IS HEREBY ORDERED that:

1.      Defendant is granted an extension of time, up and including June 8, 2016, to file a responsive brief; and

2.      Plaintiff may file an optional reply brief on or before June 27, 2016.

IT IS SO ORDERED.

Dated:   **May 10, 2016**                              **/s/ Sheila K. Oberto**
UNITED STATES MAGISTRATE JUDGE